UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph Wesley Vickrey ) | CHAPTER 13 |
| SSN: xxx-xx-6082 ) | |
| ) | CASE No.13-12517 HRT |
| **Debtor** ) | |
| ) | |
| Address: 8060 E. Girard Ave., #916 ) | |
| Denver, CO  80231 ) | |

**NOTICE OF FILING AMENDED CHAPTER 13 PLAN
AND DEADLINE FOR FILING OBJECTIONS THERETO**

**OBJECTION DEADLINE: JUNE 26, 2013.**

**YOU ARE HEREBY NOTIFIED** that the debtor has filed a Second Amended Chapter Plan on **May 9, 2013**, docket number **23**.  A copy of the Second Amended Chapter 13 plan is attached hereto.

If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for hearing on or before the objection deadline stated above, and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must state clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.
PLEASE NOTE: written objections that are not filed through the electronic case filing system should be sent to U.S. Bankruptcy Court, U.S. Customs House, 721 19th Street, Denver, CO 80202.

Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

If no objections are filed, the amended plan may be confirmed without hearing, upon the debtors' filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

If objections are filed, the matter will be set for a hearing upon the filing of a Certificate and Motion to Determine Notice in substantial conformity with L.B. Form 3015-5.

Dated this 23rd day of May, 2013                            By: /s/Howard S. Goodman
                                                                                     Howard S. Goodman, #14616
                                                                                     Attorney for Debtor(s)
                                                                                     3515 S. Tamarac Dr. Suite 200
                                                                                     Denver, CO 80237
                                                                                     Phone (303) 751-8141
                                                                                     Fax     (303) 689-9627
                                                                                     E-mail Howard59@Aol.com